# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLEN KUCKLES,<br><br>       Plaintiff,<br><br>v.<br><br>AMCOL SYSTEMS,<br><br>       Defendant. | **Case No.: 1:14-cv-00794-UNA** |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without fees and cost to either party, other than as agreed to by the parties.

| | |
|---|---|
| */S/ Neal J. Levitsky* | */S/ W. Christopher Componovo* |
| Neal J. Levitsky | W. Christopher Componovo |
| Attorney ID # 2092 | Attorney ID #3234 |
| Fox Rothschild, LLP | Kimmel & Silverman, P.C. |
| Citizens Bank Center | Silverside Carr Executive Center |
| 919 North Market Street, Suite 300 | Suite 118, 501 Silverside Road |
| Wilmington, DE 19899-2323 | Wilmington, DE 19809 |
| Phone: (302) 622-4200 | Phone: (302) 791-9373 |
| Fax: (302) 656-8920 | Fax: (302) 791-9476 |
| Email: NLevitsky@foxrothschild.com | |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: November 6, 2014 | Date: November 6, 2014 |

BY THE COURT:

_____
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certified that on November 6, 2014 I electronically the foregoing by using the CM/ECF system, which will send notification to the following:

    Neal J. Levitsky, Esq.
    Fox Rothschild, LLP
    Citizens Bank Center
    919 North Market Street, Suite 300
    Wilmington, DE 19899-2323
    NLevitsky@foxrothschild.com

                                                            By: */s/ W. Christopher Componovo*